IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES ZELTON BELLAMY, JR. | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-03284 |
| | § | |
| J.B. HUNT TRANSPORT, INC., et al. | § | |
|    *Defendant.* | § | |

**<u>DEFENDANTS D LONG AND SONGS TRUCKING, LLC, and
DON DECARDO LONG II'S NOTICE OF CONSENT TO REMOVAL</u>**

Defendants **D LONG AND SONS TRUCKING, LLC, and DON DECARDO LONG II.**, hereby file a Notice to confirm their consent to the removal of this matter from Texas state court to the United States District Court for the Southern District of Texas. Pursuant to 28 U.S.C. § 1446(b)(2), the original removal notice filed by J.B. Hunt Transport, Inc. included a confirmation of all Defendants' consent to the removal. This confirmation was and is correct. Defendants' position is this original written confirmation of consent satisfies 28 U.S.C. § 1446(b)(2)(C). However, in an abundance of caution, to the extent separate written consent is appropriate, Defendants hereby file this notice and confirm their written consent to the removal of this matter to federal district court.

Respectfully submitted,

**DORSETT, JOHNSON & SWIFT LLP**

_/s/ Hayley Reid_

_____

C. Robert Dorsett, Jr.
State Bar No. 24029524
Jessica A. Putonti
State Bar No. 24041295
Hayley R. Reid – Admitted Pro Hac Vice
State Bar No. 24121076
3503 Wild Cherry Drive, Bldg. 6
Austin, Texas 78738
Telephone:     (512) 600-4365
Facsimile:      (512) 266-3655
E-mail: eservice@dorsettjohnson.com
**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been served to all attorneys of record in this cause of action on the 4th day of November, 2021.

Cesar Tavares
Alma J. Reyes
8441 Gulf Frwy, Suite 600
Houston, Texas 77017-5001
PIDept@whlaw.com
(713) 230-2200- Tel.
(713) 643-6226 – Fax.
**ATTORNEYS FOR PLAINTIFF**

**FEE, SMITH, SHARP & VITULLO, L.L.P**
**BRIAN G. CANO**
**ROSS A. DARVILLE**
2777 Allen Parkway, Suite 800
Houston, Texas 77019
(713) 362-8300
(713) 362-8302 [Fax]
bcano@feesmith.com  rdarville@feesmith.com
**ATTORNEYS FOR DEFENDANT**
**J.B. HUNT TRANSPORT, INC.**

_/s/ Hayley Reid_

_____
Hayley Reid